72,059-01,02,03

Monday, February 16, 2015

Troy David McDougal #1394512
Hughes Unit
RT2 Box 4400
Gatesville, TX 76597

RE: Case Number:      12-07-00016-CR, 12-07-00017-CR, and
12-07-00018-CR

Trial Court Number: 114-1199-06, 114-1200-06 and 114-1201-06

Style: Troy David McDougal

v.

The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

Court of Criminal Appeals,

     I would like a copy of the 11.07 that I filed in 2007-2008. I also would like to know if the 11.07 Writs of Habeas Corpus was or is on your file at all?
     Thank you for your time and assistance in this very important matter.

Respectfully,

Troy David McDougal

Troy David McDougal

CC: